Glenn R. Kantor – State Bar No. 122643
 E-mail: gkantor@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff
SANFORD WIDRAN

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SANFORD WIDRAN,<br><br>      Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA;<br><br>      Defendant. | CASE NO.<br><br>**BREACH OF THE EMPLOYEE RETIREMENT INCOME SECURITY ACT OF 1974; ENFORCEMENT AND CLARIFICATION OF RIGHTS; PREJUDGMENT AND POSTJUDGMENT INTEREST; AND ATTORNEYS' FEES AND COSTS** |
|---|---|

Plaintiff, Sanford Widran, herein sets forth the allegations of his Complaint against Defendant Life Insurance Company of North America

**PRELIMINARY ALLEGATIONS**

1.    This action is brought under 29 U.S.C. §§ 1132(a), (e), (f) and (g) of the Employee Retirement Income Security Act of 1974 (hereinafter "ERISA") as it involves a claim by Plaintiff for employee benefits under an employee benefit plan regulated and governed under ERISA. Jurisdiction is predicated under these code sections as well as 28 U.S.C. § 1331 as this action involves a federal question. This action is brought for the purpose of recovering benefits under the terms of an

employee benefit plan, enforcing Plaintiff's rights under the terms of an employee benefit plan, and to clarify Plaintiff's rights to future benefits under the employee benefit plan wherein Plaintiff was a participant in the Plan. Plaintiff seeks relief, including but not limited to, payment of the correct amount of benefits due him under his plan, prejudgment and post-judgment interest, reinstatement to the benefit plan at issue herein, and attorneys' fees and costs.

2. Plaintiff was at all times relevant, an employee of St. Jude Medical, Inc. and resided in the County of Los Angeles, State of California.

3. Defendant Life Insurance Company of North America ("LINA") is a corporation with its principal place of business in the State of Pennsylvania, authorized to transact and transacting business in the Central District of California and can be found in the Central District of California.

4. St. Jude Medical, Inc. Employee Benefit Plan ("the Plan") is an employee welfare benefit plan regulated by ERISA, established by St. Jude Medical, Inc., under which Plaintiff is and was a participant, and pursuant to which Plaintiff is entitled to long term disability ("LTD") benefits. Pursuant to the terms and conditions of the Plan, Plaintiff is entitled to LTD benefits for the duration of Plaintiff's disability, for so long as Plaintiff remains disabled as required under the terms of the Plan. The Plan is doing business in this judicial district, in that it covers employees residing in this judicial district.

5. LINA is the insurer of benefits under the Plan, Policy Number LK0980158, and acted in the capacity of the Plan insurer and the Plan claims administrator.

6. Plaintiff is informed and believes that Policy Number LK0980158 was issued with the intent to provide long term disability coverage to residents of the State of California.

7. Plaintiff is informed and believes that the Policy was renewed after January 1, 2012.

# FIRST CLAIM FOR RELIEF AGAINST
# LIFE INSURANCE COMPANY OF NORTH AMERICA
# FOR PLAN BENEFITS, ENFORCEMENT AND CLARIFICATION
# OF RIGHTS, PREJUDGMENT AND POSTJUDGMENT INTEREST,
# AND ATTORNEYS' FEES AND COSTS
# (29 U.S.C. § 1132(a)(1)(B))

8. Plaintiff incorporates by reference all preceding paragraphs as though fully set forth herein.

9. At all times relevant, Plaintiff was employed by St. Jude Medical, Inc., and was a covered participant under the terms and conditions of the Plan.

10. During the course of Plaintiff's employment, Plaintiff became entitled to benefits under the terms and conditions of the Plan. Specifically, while Plaintiff was covered under the LTD Plan, Plaintiff suffered a disabling injury rendering Plaintiff disabled as defined under the terms of the Plan.

11. Pursuant to the terms of the LTD Plan, Plaintiff made a claim to LINA for LTD benefits under the Plan. LINA assigned Plaintiff Incident No.: 4086439. On November 4, 2016, Defendant denied Plaintiff's claim for LTD benefits. On May 9, 2017, Plaintiff timely appealed the denial of his claim for LTD benefits. LINA denied Plaintiff's appeal on October 31, 2017.

12. When his appeal was denied, LINA offered Plaintiff a second voluntary appeal, which appeal was timely submitted to LINA. On August 15, 2018, LINA denied Plaintiff's second level appeal, which exhausted his pre-litigation appeal rights and obligations under the subject benefit plan.

13. Defendant LINA breached the Plan and violated ERISA in the following respects:

(a) By failing to pay LTD benefit payments to Plaintiff at a time when Defendant knew, or should have known, that Plaintiff was entitled to

those benefits under the terms of the Plan, as Plaintiff was disabled and unable to work and therefore entitled to benefits;

(b) By failing to provide a prompt and reasonable explanation of the basis relied on under the terms of the Plan documents, in relation to the applicable facts and Plan provisions, for the denial of Plaintiff's claims for LTD benefits;

(c) By failing, after Plaintiff's claim was denied, to adequately describe to Plaintiff any additional material or information necessary for Plaintiff to perfect his claim along with an explanation of why such material is or was necessary; and

(d) By failing to properly and adequately investigate the merits of Plaintiff's disability claim and failed to provide a full and fair review of Plaintiff's claim.

14. Plaintiff is informed and believes and thereon alleges that Defendant wrongfully denied his disability benefits under the Plan by other acts or omissions of which Plaintiff is presently unaware, but which may be discovered in this future litigation and which Plaintiff will immediately make Defendant aware of once said acts or omissions are discovered by Plaintiff.

15. Following the denial of benefits under the Plan, Plaintiff exhausted all administrative remedies required under ERISA, and Plaintiff has performed all duties and obligations on Plaintiff's part to be performed under the Plan.

16. As a proximate result of the aforementioned wrongful conduct of the Plan and LINA, and each of them, Plaintiff has damages for loss of disability benefits in a total sum to be shown at the time of trial.

17. As a further direct and proximate result of this improper determination regarding Plaintiff's LTD claim, Plaintiff, in pursuing this action, has been required to incur attorneys' costs and fees. Pursuant to 29 U.S.C. § 1132(g)(1), Plaintiff is entitled to have such fees and costs paid by Defendant.

18. The wrongful conduct of the Plan and LINA has created uncertainty where none should exist, therefore, Plaintiff is entitled to enforce his rights under the terms of the Plan and to clarify his rights to future benefits under the terms of the Plan.

### **REQUEST FOR RELIEF**

WHEREFORE, Plaintiff prays for relief against Defendant as follows:

1. Payment of disability benefits due Plaintiff;

2. An order declaring that Plaintiff is entitled to an award of LTD benefits, and that benefits are to continue to be paid under the LTD Plan for so long as Plaintiff remains disabled under the terms of the LTD Plan;

3. In the alternative to the relief sought in paragraphs 1 and 2, an order remanding Plaintiff's claim to the claims administrator to the extent any new facts or submissions are to be considered;

4. Pursuant to 29 U.S.C. § 1132(g), payment of all costs and attorneys' fees incurred in pursuing this action;

5. Payment of prejudgment and post-judgment interest as allowed for under ERISA; and

6. Such other and further relief as this Court deems just and proper.

DATED: August 17, 2018                KANTOR & KANTOR, LLP

By   /s/ *Glenn R. Kantor*
    Glenn R. Kantor
    Attorney for Plaintiff
    Sanford Widran