# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sanford Widran<br><br>PLAINTIFF(S)<br>v.<br>Life Insurance Company of North America<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:18-cv-07235-DDP-AGR<br><br>**ORDER RETURNING CASE<br>FOR REASSIGNMENT** |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of General Order 16-05.

8-28-18
Date

United States District Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge __George H. Wu__ for all further proceedings. On all documents subsequently filed in this case, please substitute the initials __GW__ after the case number in place of the initials of the prior judge so that the case number will read __2:18-cv-07235 GW(AGRx)__. This is very important because documents are routed to the assigned judge by means of the initials.

cc: ☐ *Previous Judge*   ☐ *Statistics Clerk*

CV-89 (10/16)                    ORDER RETURNING CASE FOR REASSIGNMENT